McGREGOR W. SCOTT
United States Attorney
THOMAS M. NEWMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAUL GUTIERREZ-ORTEGA, and<br>RAFAEL RIVA-FLORES,<br><br>Defendants. | CASE NO. 1:19 MJ 00063 BAM<br><br>[PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS<br><br><u>UNDER SEAL</u> |

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint, supporting affidavit, and the Court's order in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: 3/22/19

_____
Hon. Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

SEALING ORDER                                               1