VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
1225 E. Divisadero Avenue
Fresno, CA 93721
Office: (559) 500-3900
Fax: (559) 500-3902

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITEDS STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAUL GUTIERREZ-ORTEGA,<br>RAFAEL FLORES DE LA RIVA,<br><br>Defendants. | CASE NO. 1:19-CR-00074 DAD-BAM<br>**STIPULATION AND ORDER TO**<br>**CONTINUE STATUS CONFERENCE**<br><br>Hon. Barbara A. McAuliffe |

Defendants Gutierrez Ortega and Flores De La Riva, through their undersigned counsel, hereby request that current status conference currently set for February 10, 2020 be continued to May 11, 2020 at 1:00 p.m.

This continuance is necessary to allow counsel to conduct defense investigation and plea negotiations.

1

Undersigned counsel have corresponded with AUSA Jessica Massey, who has no objection to the status conference date of May 11, 2020 at 1:00 p.m.

The parties also agree that the delays resulting from the continuance shall be excluded for defense investigation, continuity of counsel, plea negotiations and trial preparation in the interest of justice pursuant to 18 USC §3161(h)(7)(A) and §3161 (h)(7)(B)(1).

**IS SO STIPULATED.**

DATED:  February 6, 2020                    Respectfully Submitted,

                                            /s/  Virna L. Santos
                                            VIRNA L. SANTOS
                                            Counsel for Rafael Flores De La Riva

                                            /s/  Roger Bonakdar
                                            ROGER BONAKDAR
                                            Counsel for Raul Gutierrez-Ortega

                                            /s/  Jessica A. Massey
                                            JESSICA A. MASSEY
                                            Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED that the status conference set for February 10, 2020 is hereby CONTINUED to May 11, 2020 at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe. Time shall be excluded for defense investigation, continuity of counsel and trial preparation and completion of the court-ordered psychiatric evaluation in the interest of justice pursuant to 18 USC §3161 (h)(7)(A) and §3161 (h)(7)(B)(1).

IT IS SO ORDERED.

Dated:  **February 6, 2020**            /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE

2