PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAUL GUTIERREZ-ORTEGA,<br><br>Defendant. | CASE NO. 1:19-CR-00074-DAD-BAM<br><br>STIPULATION TO VACATE STATUS CONFERENCE, SET CHANGE OF PLEA, AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows.

1. This case was previously set for a status conference on February 23, 2022.

2. By this stipulation, the parties now move to vacate the status conference (as to this defendant only) and set a change of plea hearing on March 14, 2022, and to exclude time between February 23, 2022, and March 14, 2022, under 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendant desires additional time to review discovery, discuss with his client the proposed resolution in this case, and prepare his client for a change of plea hearing.

   c) Counsel for defendant believes that failure to grant the above-requested

1  continuance would deny him the reasonable time necessary for effective preparation, taking into
2  account the exercise of due diligence.

3   d) The government does not object to the continuance.

4   e) Based on the above-stated findings, the ends of justice served by continuing the
5  case as requested outweigh the interest of the public and the defendant in a trial within the
6  original date prescribed by the Speedy Trial Act.

7   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
8  et seq., within which trial must commence, the time period of February 23, 2022, to March 14,
9  2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
10 T4] because it results from a continuance granted by the Court at defendant's request on the basis
11 of the Court's finding that the ends of justice served by taking such action outweigh the best
12 interest of the public and the defendant in a speedy trial.

13  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the
14 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
15 must commence.

16  IT IS SO STIPULATED.

Dated: February 15, 2022   PHILLIP A. TALBERT
United States Attorney

/s/ JESSICA A. MASSEY
JESSICA A. MASSEY
Assistant United States Attorney

Dated: February 15, 2022   /s/ ROGER BONAKDAR
ROGER BONAKDAR
Counsel for Defendant
RAUL GUTIERREZ-ORTEGA

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

# ORDER

IT IS SO ORDERED that the status conference set for February 23, 2022, is vacated. A change of plea hearing is set for **March 14, 2022, at 9:00 a.m. before District Judge Dale A. Drozd**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **February 15, 2022**          /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3